EXHIBIT 1

01 Cash 11 Chg
40 Rec  10.00
41 DS
43 Int
Tot  10.00

85260071

# Declaration of Domicile and Citizenship

O.R. 6130 PAGE 50

TO THE CLERK OF THE CIRCUIT COURT

PINELLAS _____ COUNTY, FLORIDA:

This is my declaration of Domicile and Citizenship in the State of Florida that I am filing this day in accordance, and in conformity with Chapter 222, Section 222.17, Florida Statutes.

I was formerly a legal resident of _____Wilton_____ (City), _____Connecticut_____ (State) and I resided at __30 Village Walk__ (Street and Number). However, I have changed my domicile to and am and have been a bona fide resident of the State of Florida since __28th__ day of __January__, 19 85, and I reside at __6265 Sun Blvd., #1108__ (Street and Number) __St. Petersburg__ (City), __Pinellas__ County, Florida, and this statement is to be taken as my declaration of citizenship, actual legal residence and domicile in the State of Florida.

I further certify that although I am a citizen of Mexico I have relinquished my domicile in Mexico and my former residence in Connecticut and plan to make St. Petersburg, Florida my legal residence.

I am residing in the USA -on a permanent visa, Alien Registration # A 26620910.

I FURTHER CERTIFY that I will register at my home address within the registration books as soon, xxxx comply with all other requirements of a legal resident of this State.

I FURTHER CERTIFY that I have no intention to return to my former domicile, and I intend to remain in __St. Petersburg__ (City), __Pinellas__ County, Florida, permanently.

RETURN TO: _____
(Name) Alberto Aroeste
6265 Sun Blvd #1108 P. O. Box 66173
(Address)
St. Petersburg, Florida 33715
(City, State, Zip Code)

Sworn to and subscribed before me this ____ day of _____, A.D. 19___

_____
Notary Public State of Florida at Large

My Commission expires _____

Sworn to and subscribed before me this 10th day of December, A.D. 19 85.
Karleen F. De Blaker, Clerk, Circuit Court, Pinellas County, Florida

By: _Carroll C. Kinkade_
Deputy Clerk

Rec 1    (To be executed in duplicate and original filed with Clerk Circuit Court, and duplicate with Property Appraiser)