EXHIBIT 2

01 Csh 11 Chg
40 Rec  10.00
41 DS
43 Int
Tot  10.00

85179024           O.R. 6061 PAGE 1404

# Declaration of Domicile and Citizenship

TO THE CLERK OF THE CIRCUIT COURT

PINELLAS COUNTY, FLORIDA:

This is my declaration of Domicile and Citizenship in the State of Florida that I am filing this day in accordance, and in conformity with Chapter 222, Section 222.17, Florida Statutes.

I was formerly a legal resident of **Wilton**, **Conn**
(City) (State)

and I resided at **30 Village Walk**. However, I have changed my domicile
(Street and Number)

to and am and have been a bona fide resident of the State of Florida since **28th** day of **January**, 19**85**, and I reside at **6265 Sun Boulevard, #1108**
(Street and Number)

**St. Petersburg**, **Pinellas** County, Florida,
(City)

and this statement is to be taken as my declaration of citizenship actual legal residence and domicile in the State of Florida.

I further certify that although I am a citizen of Mexico I have relinquished my domicile in Mexico and my former residence in Conn. and plan to make St. Petersburg, Florida my legal residence.

I am residing in the USA on a permanent visa, Alien Registration # A266 24 928

```
19 19399512 76    1.    26AG85
                  40          10.00
                  TOTAL       10.00 CASH
```

I FURTHER CERTIFY that I will register at my local address when the registration books reopen, and comply with all other requirements of a legal resident of this State.

I FURTHER CERTIFY that I have no intention to return to my former domicile, and I intend to remain in **St. Petersburg**, **Pinellas** County, Florida, permanently.
(City)

RETURN TO: _Estela M. de Aroeste_
(Name) Estela M. Aroeste
6265 Sun Blvd., #1108
(Address)
St. Petersburg, FL 33715
(City, State, Zip Code)

Sworn to and subscribed before me this ____ day of _____, A.D. 19__

Notary Public State of Florida at Large

My Commission expires _____

Sworn to and subscribed before me this 26th day of August, A.D. 19 85
Karleen F. De Blaker, Clerk, Circuit Court, Pinellas County, Florida

By: _Carroll C. Kinkade_
Deputy Clerk

Rec 1      (To be executed in duplicate and original filed with Clerk Circuit Court, and duplicate with Property Appraiser)