I#: 2019180285 BK: 20568 PG: 2192, 06/07/2019 at 08:16 AM, RECORDING 5 PAGES
$44.00 DOC STAMP COLLECTION $0.70 KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: CLKDMC4

Case 3:22-cv-00682-AJB-KSC Document 5-4 Filed 07/05/22 PageID.58 Page 1 of 1

EXHIBIT 3

**PREPARED BY:**
KRISTINA PAULTER, ESQ.
C/O U.S. DEEDS, P.A.
423 LITHIA PINECREST ROAD
BRANDON, FL 33511

**WHEN RECORDED MAIL TO:**
PATRICK W. MARTIN, ESQ.
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLC
525 B STREET
SUITE 2200
SAN DIEGO, CA 92101

**PARCEL ID NO.:** 08-32-16-14050-007-1108
**PURCHASE PRICE PAID:** $0.00
**OTHER CONSIDERATION:** $0.00
**DOCUMENTARY STAMP TAX:** $0.70

---

**Trustee's Deed**

THIS TRUSTEE'S DEED is made on _May 19, 2019_, by ALBERTO AROESTE AND ESTELA AROESTE, TRUSTEES, under the ALBERTO AND ESTELA AROESTE FAMILY TRUST dated October 23, 1990, whose address is 6265 Sun Blvd. Unit 1108, Saint Petersburg, FL 33715 (herein, "Grantor"), to ALBERTO AROESTE and ESTELA M. AROESTE, husband and wife, as tenants by the entireties, whose address is 6265 Sun Blvd. Unit 1108, Saint Petersburg, FL 33715 (herein, "Grantee").

GRANTOR, in consideration of Ten Dollars and other valuable consideration, receipt of which is hereby acknowledged, hereby conveys to Grantee, all of Grantor's interest in and to the following described real property located in the County of Pinellas, State of Florida:

SEE EXHIBIT A ATTACHED HERETO.

Property street address:    6265 Sun Blvd. Unit 1108, Saint Petersburg, FL 33715

TOGETHER WITH all of the easements, rights, privileges and appurtenances thereto belonging and all of the estate, right, title, interest and claim, either at law or in equity, of Grantor of, in, to or out of such real property.

TO HAVE AND TO HOLD the above-described real property in fee simple with all appurtenances and for the purposes set forth herein, subject to all matters of record, if any.

**EXEMPT TRANSFER - NO DOCUMENTARY STAMP TAX OR INTANGIBLE PERSONAL PROPERTY TAX IS DUE OR PAYABLE IN CONNECTION WITH THE RECORDING HEREOF.**