# Voter Information Lookup

Please find your voter registration information below.

Full Name:
**ESTELA MESHOULAM AROESTE**

Street Address:
**6265 SUN BLVD**

City:
**ST PETERSBURG**

Zip Code:
**33715**

County Name:
**PINELLAS**

Voter Identification Number:
**128922258**

Date Of Registration:
**10/1/2020**

Party:
**Florida Democratic Party**

Voter Status:
**Active***

*An active voter refers to a registered voter who is eligible to vote.

Access Ballot and Precinct Information available through your county Supervisor of Elections' (https://dos.myflorida.com/elections/for-voters/check-your-voter-status-and-polling-place/voter-precinct-lookup/) website.

New Search (/en/CheckVoterStatus)

Please email BVRSHelp@dos.myflorida.com (mailto:BVRSHelp@dos.myflorida.com) for website assistance.