Patrick W. Martin (Texas Bar No. 24086371)
Email: patrick.martin@chamberlainlaw.com
Jose Anuar Estefan Davila (Bar No. 330350)
Email: Anuar.estefan@chamberlainlaw.com
Jaime Vasquez (Texas Bar No. 24066235)
Email: jaime.vasquez@chamberlainlaw.com
Leo Unzeitig (Texas Bar No. 24098534)
Email:  leo.unzeitig@chamberlainlaw.com
CHAMBERLAIN, HRDLICKA, WHITE,
   WILLIAMS & AUGHTRY, P.C.
112 E Pecan St., Suite 1450
San Antonio, Texas 78204
Telephone:  (210) 253-8383
Facsimile:  (210) 253-8384

Attorneys for Plaintiffs Alberto and
   Estella Aroeste

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO AROESTE,<br>ESTELA AROESTE,<br>　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　Defendant.<br>_____<br>UNITED STATES OF AMERCA,<br>　　　Counterclaim Plaintiff,<br><br>v.<br><br>ALBERTO AROESTE,<br>ESTELA AROESTE,<br>　　　Counterclaim Defendants.<br>_____ | Case No. 22-cv-682-AJB-KSC<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR PARTIAL STAY PENDING OUTCOME OF SUPREME COURT'S DECISION** |

## **PLAINTIFFS' UNOPPOSED MOTION FOR A PARTIAL STAY**

Plaintiffs Alberto and Estela Aroeste respectfully move this Court to stay all portions of this case other than the portions pertaining to the following two issues – (1) whether Alberto Aroeste was a resident of Mexico under the United States - Mexico income tax treaty; and (2) a "United States person" required to file a Report of Foreign Bank and Financial Accounts (FBAR) for 2012 and/or 2013.  In support thereof, Plaintiffs state as follows:

The IRS assessed non-willful penalties against Estela and Alberto Aroeste for alleged failures to report the existence of foreign accounts.  The penalties were assessed on a "per account" basis.  *See* 31 U.S.C. § 5321(a)(5)(B)(i).  The United States' position in this case is consistent with *United States v. Bittner*, 19 F.4th 734, 738, *cert. granted*, 2022 WL 2203345 (U.S. June 21, 2022), where the Court of Appeals for the Fifth Circuit held that the government can impose a penalty of $10,000 on a per account violation.  However, the United States' position in this case is in direct conflict with *United States v. Boyd*, 991 F.3d 1077, 1079 (9th Cir. 2021), where the Court of Appeals for the Ninth Circuit held that the maximum non-willful penalty is $10,000 per annual form violation.  Because of the direct split between the Circuits, the Supreme Court granted certiorari in *Bittner* and is expected to definitively determine whether the $10,000 penalty under 31 U.S.C. § 5321(a)(5)(C) is on a "per account" basis or a "per form" violation.

The Supreme Court's outcome affects the instant case because the assessment exceeds $10,000 per year (because there were multiple Mexican accounts).  If the

2

Supreme Court determines that the non-willful FBAR penalty under 31 U.S.C. §§ 5321(a)(5)(A) and (a)(5)(B)(i) is a per form violation, the non-willful penalty will be capped at $10,000 per year.  Consequently, the reductions in the amounts at issue in the case impact the parties' decision as to prosecuting, defending, discovery, and settlement of the case.

To conserve the parties' and this Court's time and resources, Plaintiffs request that the case be partially stayed until the United States Supreme Court renders its decision in *Bittner*.  In the meantime, the parties have agreed to limit litigation (including discovery, motion practice, and whatever else may be required) to two issues - (1) whether Alberto Aroeste was a resident of Mexico under the United States - Mexico income tax treaty; and (2) whether Alberto Aroeste was a "United States person" required to file an FBAR for 2012 and/or 2013.  These two issues will need to be addressed regardless of the outcome in *Bittner*.

The request for partial stay is not made for delay but to conserve the parties' and the Court's resources.  Plaintiffs' counsel has conferred with Defendant's counsel, and Defendant does not oppose the relief requested.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

By: /s/ *Jaime Vasquez*
    Jaime Vasquez
    State Bar No. TX24066235
    jaime.vasquez@chamberlainlaw.com

    Patrick W. Martin
    State Bar No. TX24086371
    patrick.martin@chamberlainlaw.com

    Jose Anuar Estefan Davila
    State Bar No. 330350
    Anuar.estefan@chamberlainlaw.com

    Leo Unzeitig
    State Bar No. TX24098534
    leo.unzeitig@chamberlainlaw.com

    112 East Pecan St., Suite 1450
    San Antonio, Texas 78205
    Telephone: (210) 507-6508
    Facsimile:  (210) 253-8384

**ATTORNEYS FOR PLAINTIFFS ALBERTO AND ESTELA AROESTE**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded to the following counsel of record by electronic service on September 23, as indicated below.

>Christina T. Lanier
>Attorneys, Tax Division
>Department of Justice
>P.O. Box 14198
>Washington D.C. 20044
>Christina.T.Lanier@usdoj.gov
>
>Randy S. Grossman
>United States Attorney
>Southern District of California
>
>*Attorneys for United States of America*
>
>By: */s/ Jaime Vasquez*
>Jaime Vasquez

30350963.v2