UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| ALBERTO AROESTE, ESTELA AROESTE, | Case No. 22-cv-682-AJB-KSC |
|---|---|
| Plaintiffs, | **ORDER REGARDING DISCOVERY DISPUTE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On January 3, 2023, counsel for all parties spoke with the Court's staff about a discovery dispute. Plaintiffs Alberto and Estela Aroeste seek discovery of immigration documents in the possession of defendant the United States of America related to Alberto Aroeste. The parties agree the information is discoverable, but they require an order from the Court fixing a date certain for production. The Court accordingly ordered the parties to prepare a proposed order that accurately describes the immigration documents the parties agree are subject to discovery. *See* Doc. No. 34 at 2. The parties have done so, and they describe the discoverable material as follows:

> Documents reflecting plaintiff Alberto Aroeste's entries and exits from the United States from 2002 to 2021, which should include the U.S. Customs and Border Protection TECS-Person Encounter List.

The Court hereby **ORDERS** defendant to produce the documents on or before February 9, 2023.

Dated: January 10, 2023

Hon. Karen S. Crawford
United States Magistrate Judge