DAVID A. HUBBERT
Deputy Assistant Attorney General

CHRISTINA T. LANIER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-765-4908 (v)
202-514-4963 (f)
Christina.T.Lanier@usdoj.gov

RANDY S. GROSSMAN
United States Attorney
Southern District of California
*Counsel for the United States of America*

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO AROESTE, <br> ESTELA AROESTE, <br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>     Defendant. <br> _____ <br> UNITED STATES OF AMERCA, <br>     Counterclaim Plaintiff, <br><br> v. <br><br> ALBERTO AROESTE, <br> ESTELA AROESTE, <br>     Counterclaim Defendants. <br> _____ | Case No. 22-cv-682-AJB-KSC <br><br> **MOTION FOR EXTENSION OF TIME TO PRODUCE DOCUMENTS IN ACCORDANCE WITH COURT ORDER** |

# UNOPPOSED MOTION FOR EXTENSION OF TIME TO PRODUCE DOCUMENTS IN ACCORDANCE WITH COURT ORDER

On February 13, 2023, Magistrate Judge Karen S. Crawford ordered the United States produce to Plaintiffs "all portions of the administrative record, whether generated during the initial audit or any subsequent proceedings, which are relevant to Mr. Aroeste's residency under the Treaty during tax years 2012 and 2013." ECF No. 42, at 12. The Court ordered the United States to produce all documents within 14 days of the Order (by February 27, 2023). *Id.*

The United States has diligently worked to prepare the responsive documents for production. The United States has conducted most of its review of 26,000 pages and has so far identified approximately 9,400 pages as potentially responsive. The United States must finalize its tally of responsive documents, redact and Bates-stamp them, and prepare a final privilege log.

Given the voluminous nature of these records, the United States respectfully requests an additional two weeks (until **March 13, 2023**) to produce the responsive documents along with any privilege log. The United States intends to produce batches of documents during those two weeks.

The United States conferred with counsel for Plaintiffs via e-mail regarding this motion. Plaintiffs did not oppose the relief sought in this motion.

Dated: February 22, 2023.

                                                DAVID A. HUBBERT
                                                Deputy Assistant Attorney General

                                                */s/ Christina T. Lanier*
                                                CHRISTINA T. LANIER
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice

                                                RANDY S. GROSSMAN
                                                United States Attorney
                                                Southern District of California

                                                *Counsel for United States of America*

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been served to counsel for Alberto Aroeste via the following electronic mail addresses:

| | |
|---|---|
| Jaime Vasquez | jaime.vasquez@chamberlainlaw.com |
| Patrick W. Martin | patrick.martin@chamberlainlaw.com |
| Jose Anuar Estefan Davila | anuar.estefan@chamberlainlaw.com |
| Austen Leonides Unzeitig | leo.unzeitig@chamberlainlaw.com |

*/s/ Christina T. Lanier*
CHRISTINA T. LANIER
Trial Attorney, Tax Division
U.S. Department of Justice