DAVID A. HUBBERT
Deputy Assistant Attorney General

CHRISTINA T. LANIER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-765-4908 (v)
202-514-4963 (f)
Christina.T.Lanier@usdoj.gov

RANDY S. GROSSMAN
United States Attorney
Southern District of California
*Counsel for the United States of America*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO AROESTE,<br>     Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>     Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br>     Counterclaim Plaintiff,<br><br>v.<br><br>ALBERTO AROESTE,<br>     Counterclaim Defendant.<br>_____ | Case No. 22-cv-682-AJB-KSC<br><br>**UNITED STATES' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST ALBERTO AROESTE**<br><br>**Hearing Date: November 13, 2023** |

1

22-cv-682-AJB-KSC

## NOTICE

PLEASE TAKE NOTICE THAT the United States will bring a Motion for Summary Judgment against Alberto Aroeste before the Honorable Anthony J. Battaglia, United States District Judge, on November 13, 2023, at 3:00 pm, in Courtroom 4A.

## MOTION

Plaintiff, the United States of America moves this Court for Summary Judgment against Alberto Aroeste pursuant to Federal Rule of Civil Procedure 56. The grounds for this motion are set forth in the attached Memorandum of Points and Authorities.

Dated: August 11, 2023.     Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Christina T. Lanier*
CHRISTINA T. LANIER
Trial Attorney, Tax Division
U.S. Department of Justice

RANDY S. GROSSMAN
United States Attorney
Southern District of California

*Counsel for United States of America*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing has been served to counsel for Alberto Aroeste via CM/ECF, which will notify the following:

| | |
|---|---|
| Jaime Vasquez | jaime.vasquez@chamberlainlaw.com |
| Patrick W. Martin | patrick.martin@chamberlainlaw.com |
| Jose Anuar Estefan Davila | anuar.estefan@chamberlainlaw.com |
| Austen Leonides Unzeitig | leo.unzeitig@chamberlainlaw.com |

/s/ *Christina T. Lanier*
CHRISTINA T. LANIER
Trial Attorney, Tax Division
U.S. Department of Justice