# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO AROESTE,<br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br>　　Counterclaim Plaintiff,<br><br>v.<br><br>ALBERTO AROESTE,<br>　　Counterclaim Defendant. | CASE NO. 22-CV-682-AJB-KSC<br><br>**UNITED STATES' DECLARATION AND EXHIBIT LIST** |

## DECLARATION AND EXHIBIT LIST

The United States attaches to its Notice and Motion for Summary Judgment the following declarations and exhibits:

**ECF No. 71-3:** Declaration of Internal Revenue Agent Chad A. Presnell

　　**ECF No. 71-4:** Exhibit 1 (Forms 13448)

　　**ECF No. 71-5:** Exhibit 2 (IRS Letter 3708)

　　**ECF No. 71-6:** Exhibit 3 (FBAR Penalty Computation as of August 9, 2023)

**ECF No. 71-7:** Declaration of Trial Attorney Christina T. Lanier

　　**ECF No. 71-8:** Exhibit 4 (Passports of Alberto Aroeste)

　　**ECF No. 71-9:** Exhibit 5 (U.S. Customs and Border Protection TECS Person Encounter List)

**ECF No. 71-10:** Declaration of Internal Revenue Agent/Tax Analyst Elizabeth C. Knight