## Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

**Case Name:** AROESTE, ALBERTO   **SSN/EIN:** ▮▮▮▮932   **Calendar Year:** 12/31/2012

| Proposed Penalty: | | Foreign Account Number(s) | Foreign Bank: |
|---|---|---|---|
| 2. Non-Willful Failure to meet Recordkeeping Requirements - 31 | $10,000.00 | ▮▮▮378 | SCOTIA INVERLAT CASA DE BOLSA |
| 2. Non-Willful Failure to meet Recordkeeping Requirements - 31 | $10,000.00 | ▮▮▮803 | BANCO SANTANDER MEXICO SA |
| 2. Non-Willful Failure to meet Recordkeeping Requirements - 31 | $10,000.00 | ▮▮▮9326 | GRUPO FINANCIERO BBVA BANCOMER |
| 2. Non-Willful Failure to meet Recordkeeping Requirements - 31 | $10,000.00 | ▮▮▮9334 | GRUPO BINANCIERO BBVA BANCOMER |
| 2. Non-Willful Failure to meet Recordkeeping Requirements - 31 | $10,000.00 | ▮▮▮106 | CASA DE BOLSA SANTANDER SA DE |

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

*Leah F. Smith-Pope*

CTR OPERATIONS DEPARTMENT MANAGER

Tuesday, May 12, 2020

**EXHIBIT 1**

## Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

**Case Name:** AROESTE, ALBERTO  **SSN/EIN:** ███932  **Calendar Year:** 12/31/2013

| Proposed Penalty: | | Foreign Account Number(s) | Foreign Bank: |
|---|---|---|---|
| 3. Negligent Failure to Report - 31 USC 5321 (a)(6) | $10,000.00 | ███1378 | SCOTIA INVERLAT CASA DE BOLSA |
| 3. Negligent Failure to Report - 31 USC 5321 (a)(6) | $10,000.00 | ███0803 | BANCO SANTANDER MEXICO SA |
| 3. Negligent Failure to Report - 31 USC 5321 (a)(6) | $10,000.00 | ███9326 | GRUPO FINANCIERO BBVA BANCOMER |
| 3. Negligent Failure to Report - 31 USC 5321 (a)(6) | $10,000.00 | ███9334 | GRUPO FINANCIERO BBVA BANCOMER |
| 3. Negligent Failure to Report - 31 USC 5321 (a)(6) | $10,000.00 | ███106 | CASA DE BOLSA SANTANDER SA DE |

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

*Leah F. Smith-Pope*                                                                Tuesday, May 12, 2020

**CTR OPERATIONS DEPARTMENT MANAGER**

**EXHIBIT 1**