Case Name (Last, First, MI):  AROESTE, ALBERTO
TIN (last 4)  1932

## Summary

|  | **2012** | **2013** | **TOTAL** |
|---|---:|---:|---:|
| Demand Letter Date | 7/23/2020 | 7/23/2020 |  |
|  |  |  |  |
| Total FTP | 1,814.60 | 1,827.22 | 3,641.82 |
| Total Interest | 604.87 | 609.07 | 1,213.94 |
|  |  |  |  |
| Beginning FBAR Principal | 10,000.00 | 10,000.00 | 20,000.00 |
| FBAR Principal Payments | 165.39 | 0.00 | 165.39 |
| Remaining FBAR Principal | 9,834.61 | 10,000.00 | 19,834.61 |

|  |  |
|---:|---:|
| **Remaining FBAR Principal On 8/9/2023:** | 19,834.61 |
| **Unpaid FTP Through 8/9/2023:** | 1,512.86 |
| **Unpaid Interest Through 8/9/2023:** | 504.29 |
| **Balance Due On 8/9/2023:** | 21,851.76 |

**EXHIBIT 3**