IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO AROESTE,<br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br>　　Counterclaim Plaintiff,<br><br>v.<br><br>ALBERTO AROESTE,<br>　　Counterclaim Defendant. | Case No. 22-cv-682-AJB-KSC<br><br>**DECLARATION OF TRIAL ATTORNEY CHRISTINA T. LANIER** |

## DECLARATION

I, Christina T. Lanier, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a trial attorney for the United States Department of Justice, Tax Division and am counsel for the United States in the above captioned case. I have prepared this declaration in support of the United States' motion for summary judgment.

2. In preparing this Declaration and the Motion it accompanies, I reviewed the documents received from Defendant Alberto Aroeste and from the U.S. Customs and Border Protection.

3. As trial attorney for the United States, I have sent and received correspondence to and from counsel for Alberto Aroeste, including Leo Unzeitig, Jaime Vasquez, Patrick Martin, and Anuar Estefan Davila.

4. On October 21, 2022, I served via counsel for Alberto Aroeste the United States' First Set of Requests for Production.

5. On November 21, 2022, Mr. Unzeitig provided his client's written responses and documents responsive to the United States' requests for production to me via e-mail.

6. Included in these responsive documents were copies of Alberto Aroeste's passports, one valid from 2007 to 2017 and the other from 2017 to 2027 with the Bates stamps AROESTE00002 to AROESTE00025 inclusive.

7. True and correct copies of these passports are attached to this declaration as Exhibit 4.

8. These passports contain entry stamps into the United States. *See* Exhibit 4. Entry stamps marked with "LPR" or "ARC" refer to the use of a United States lawful permanent resident card, or "green card," upon entry into the United States.

9. I also reviewed a report prepared by the United States Customs and Border Protection called the "TECS – Person Encounter List." This list details an individual's encounters with U.S. Customs and Border Protection, including entries and exits from United States ports of entry. I requested the TECS – Person Encounter List in accordance with my official duties.

10. A true and correct copy of Alberto Aroeste's TECS – Person Encounter List, along with a declaration from the custodian of record, is attached to this declaration at Exhibit 5.[1] The names of the generating official and inspecting officers were redacted by U.S. Customs and Border Protection.

11. This report details all of Alberto Aroeste's interactions with U.S. Customs and Border Protection between January 1, 2001, and December 31, 2021. *See* Exhibit 5, at 3–11.

---

[1] The certification page of this report refers to records produced regarding Estela Aroeste. Since Estela Aroeste is no longer a party to this suit, the pages containing her report are not provided.

12. Using the passport entry stamps and TECS – Person Encounter List, I determined that Alberto Aroeste entered the United States at least twenty-five times between January 1, 2012, and December 31, 2021. A table summarizing entries and exits follows.

| Entry Date | Port of Entry | Status Used at Entry |
|---|---|---|
| 6/5/2012 | San Diego, CA | Lawful Permanent Resident |
| 7/12/2012 | Los Angeles, CA | Lawful Permanent Resident |
| 12/13/2012 | Orlando, FL | Lawful Permanent Resident |
| 2/27/2013 | Los Angeles, CA | Lawful Permanent Resident |
| 6/13/2013 | Phoenix | Lawful Permanent Resident |
| 12/13/2013 | Orlando, FL | Lawful Permanent Resident |
| 4/20/2014 | San Diego, CA | Lawful Permanent Resident |
| 6/19/2014 | Los Angeles, CA | Lawful Permanent Resident |
| 12/16/2014 | Orlando, FL | Lawful Permanent Resident |
| 1/30/2015 | Houston, TX | Lawful Permanent Resident |
| 4/15/2015 | Orlando, FL | Lawful Permanent Resident |
| 9/6/2015 | San Diego, CA | Lawful Permanent Resident |
| 12/19/2015 | Atlanta, GA | Lawful Permanent Resident |
| 5/8/2016 | San Diego, CA | Lawful Permanent Resident |
| 10/17/2016 | Los Angeles, CA | Lawful Permanent Resident |
| 12/16/2016 | Orlando, FL | Lawful Permanent Resident |
| 5/2/2017 | Orlando, FL | Lawful Permanent Resident |
| 12/31/2017 | Orlando, FL | Lawful Permanent Resident |
| 12/16/2018 | Orlando, FL | Lawful Permanent Resident |
| 5/9/2019 | Los Angeles, CA | Lawful Permanent Resident |
| 8/28/2019 | San Francisco, CA | Lawful Permanent Resident |
| 10/10/2020 | Houston, TX | Lawful Permanent Resident |
| 1/2/2021 | Orlando, FL | Lawful Permanent Resident |
| 5/16/2021 | Orlando, FL | Lawful Permanent Resident |
| 6/28/2021 | Houston, TX | Lawful Permanent Resident |

13. As Exhibits 4, 5, and the table above show, Alberto Aroeste has entered the United States using his lawful permanent resident status at least twenty-five times.

3

22-cv-682-AJB-KSC

14. Exhibits 4 and 5 have been redacted in compliance with Fed. R. Civ. P. 5.2 and Electronic Case Filing Administrative Policies & Procedures Manual, Section 1.h.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 10, 2023.

*/s/ Christina T. Lanier*
CHRISTINA T. LANIER
Trial Attorney, Tax Division
United States Department of Justice