

**DATE:** Wednesday    January 18, 2023

**A. I HEREBY CERTIFY** that the annexed documents listed or described below, as redacted to remove sensitive personal identifying information (PII) of CBP employees and/or sensitive internal security codes, are true and correct copies of official records (or extracts there from) maintained _____ **TECS** _____ and that I am the custodian thereof:

Information on the following for _ January 01, 2002 _ through December 31, 2021 :

Alberto AROESTE MAYO DOB ███████
   **Person Encounter History**                    168 Records
Estela M. AROESTE, DOB ███████
   **Person Encounter History**                    77 Records
Estela MESHOULAM DE AROESTE, DOB ███████
   **Person Encounter History**                    94 Records

<table>
<tr><td>Babette E. Grout</td><td>Digitally signed by Babette E. Grout Date: 2023.01.18 12:56:34 -05'00'</td></tr>
</table>

                                                    _Signature_

                                    **Custodian of Record**
                                    _Title_

**B. I HEREBY CERTIFY** that  Babette Grout  who signed the foregoing certificate was at the time of signing  Designated Custodian of Record  and as such, was the legal custodian of the above listed documents, and that full faith and credit should be given to such a certificate.

IN TESTIMONY WHEREOF I have hereunto set my hand, and caused the seal of the U. S. Customs and Border Protection, Department of Homeland Security to be affixed this ___ eighteenth ___ day of ___ January ___ Two Thousand and Twenty-Three.

By direction of the Secretary, U.S. Department of Homeland Security:

<table>
<tr><td>Lonnie Lawson</td><td>Digitally signed by Lonnie Lawson Date: 2023.01.18 15:43:07 -05'00'</td></tr>
</table>

**EXHIBIT 5**
USA00854

**EXHIBIT 5**
USA00855



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/17/2023 12:57 EST                    Generated By: ████████                    Page 1 of 11

| Common Search Criteria | | | |
|---|---|---|---|
| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
| 01/01/2002 | 12/31/2021 | | 23:59 |
| Site Code | Terminal/Lane | Inspector ID Code | Inbound-Outbound Indicator |
| | | | |

| Person Search Criteria | | | | |
|---|---|---|---|---|
| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
| AROESTE* | ALBERTO | | ████ | |
| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
| Not Selected | | | | | | |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AROESTE MAYO | ALBERTO | ████ | C1 | ████ | 12/26/2021 15:07 | | | I | L25D | ███ | PEDESTRIAN | | | | | |
| AROESTE MAYO | ALBERTO | ████ | P | ████ | 12/26/2021 15:07 | | | I | L25D | ███ | PEDESTRIAN | | | | | |
| AROESTE MAYO | ALBERTO | ████ | P | ████ | 07/31/2021 00:00 | AM | 419 | O | | | APIS | ON BOARD | | | MEX | IAH |
| AROESTE MAYO | ALBERTO | ████ | P | ████ | 06/28/2021 19:51 | AM | 470 | I | A534 | | APIS | ON BOARD | | INS | IAH | MEX |
| AROESTE MAYO | ALBERTO | ████ | P | ████ | 05/24/2021 00:00 | DL | 614 | O | | | APIS | ON BOARD | | | MEX | ATL |
| AROESTE MAYO | ALBERTO | ████ | P | ████ | 05/16/2021 18:22 | AM | 436 | I | A182 | ███ | APIS | ON BOARD | | | MCO | MEX |
| AROESTE MAYO | ALBERTO | ████ | P | ████ | 02/20/2021 00:00 | AM | 435 | O | | | APIS | ON BOARD | | | MEX | MCO |
| AROESTE MAYO | ALBERTO | ████ | P | ████ | 01/22/2021 00:00 | AM | 435 | O | | | APIS | NOT ON BOARD | | | MEX | MCO |
| AROESTE MAYO | ALBERTO | ████ | P | ████ | 01/02/2021 13:26 | AM | 434 | I | A182 | ███ | APIS | ON BOARD | | | MCO | MEX |
| AROESTE MAYO | ALBERTO | ████ | P | ████ | 11/18/2020 15:08 | UA | 1090 | O | A534 | ███ | APIS | | | | MEX | IAH |
| AROESTE MAYO | ALBERTO | ████ | P | ████ | 10/10/2020 13:16 | UA | 1025 | I | A534 | ███ | APIS | ON BOARD | | | IAH | MEX |
| AROESTE MAYO | ALBERTO | ████ | P | ████ | 01/17/2020 14:03 | AM | 435 | O | A182 | ███ | APIS | | | | MEX | MCO |
| AROESTE MAYO | ALBERTO | ████ | P | ████ | 12/24/2019 18:12 | AM | 436 | I | A182 | ███ | APIS | ON BOARD | | | MCO | MEX |
| AROESTE | ALBERTO | ████ | | ████ | 11/17/2019 17:50 | | | I | L25D | ███ | PEDESTRIAN | | | | | |

USA00856

**EXHIBIT 5**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/17/2023 12:57 EST                                    Generated By: ▆▆▆▆▆▆                                    Page 2 of 11

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AROESTE | ALBERTO | ▆ | | | 09/11/2019 01:10 | | | I | L25D | ▆ | PEDESTRIAN | | | | | |
| AROESTE MAYO | ALBERTO | | P | ▆ | 09/03/2019 00:00 | AM | 669 | O | | | APIS | ON BOARD | | | MEX | SFO |
| AROESTE MAYO | ALBERTO | | P | | 08/28/2019 15:09 | AM | 668 | I | A286 | ▆ | APIS | ON BOARD | | | SFO | MEX |
| AROESTE MAYO | ALBERTO | | P | | 08/09/2019 20:27 | | | I | L25D | ▆ | PEDESTRIAN | | | | | |
| AROESTE MAYO | ALBERTO | | P | | 06/04/2019 00:00 | AM | 647 | O | | | APIS | ON BOARD | | | MEX | LAX |
| AROESTE MAYO | ALBERTO | | P | | 05/09/2019 15:14 | AM | 19 | I | A272 | ▆ | APIS | ON BOARD | | | LAX | MEX |
| AROESTE MAYO | ALBERTO | | P | | 01/15/2019 13:55 | AM | 435 | O | A182 | | APIS | | | | MEX | MCO |
| AROESTE MAYO | ALBERTO | | P | | 12/16/2018 18:07 | AM | 436 | I | A185 | ▆ | APIS | ON BOARD | | | MCO | MEX |
| AROESTE MAYO | ALBERTO | | P | | 07/07/2018 17:11 | | | I | L25D | ▆ | PEDESTRIAN | | | | | |
| AROESTE MAYO | ALBERTO | | P | | 01/27/2018 00:00 | AM | 437 | O | | | APIS | ON BOARD | | | MEX | MCO |
| AROESTE MAYO | ALBERTO | | P | | 12/31/2017 14:59 | AM | 434 | I | A185 | | APIS | ON BOARD | | | MCO | MEX |
| AROESTE MAYO | ALBERTO | | P | | 05/18/2017 00:00 | AM | 435 | O | | | APIS | ON BOARD | | | MEX | MCO |
| AROESTE MAYO | ALBERTO | | P | | 05/02/2017 16:57 | AM | 436 | I | A185 | | APIS | ON BOARD | | | MCO | MEX |
| AROESTE | ALBERTO | | P | | 01/16/2017 00:00 | AM | 435 | O | | | APIS | ON BOARD | | | MEX | MCO |
| AROESTE | ALBERTO | | C | | 12/16/2016 17:30 | AM | 436 | I | A185 | ▆ | APIS | ON BOARD | | | MCO | MEX |
| AROESTE | ALBERTO | | C1 | | 11/24/2016 17:58 | | | I | L25D | ▆ | PEDESTRIAN | | | | | |
| AROESTE MAYO | ALBERTO | | P | | 10/24/2016 00:00 | AA | 2546 | O | | Name No Name N | APIS | ON BOARD | | | MEX | LAX |
| AROESTE MAYO | ALBERTO | | P | | 10/17/2016 22:29 | AA | 2546 | I | A273 | | APIS | ON BOARD | | | LAX | MEX |
| AROESTE MAYO | ALBERTO | | P | | 10/17/2016 00:00 | AA | 2546 | I | | Name No Name N | APIS | NOT ON BOARD | | | LAX | MEX |
| AROESTE MAYO | ALBERTO | | P | | 05/22/2016 00:00 | Y4 | 957 | O | | Name No Name N | APIS | ON BOARD | | | MEX | SAN |
| AROESTE MAYO | ALBERTO | | P | | 05/08/2016 21:11 | Y4 | 956 | I | A251 | | APIS | ON BOARD | | | SAN | MEX |
| AROESTE MAYO | ALBERTO | | C1 | | 03/31/2016 22:53 | | | I | L25D | ▆ | PEDESTRIAN | | | | | |

**For Official Use Only / Law Enforcement Sensitive**

**EXHIBIT 5**

USA00857



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/17/2023 12:57 EST                Generated By: ███████                                    Page 3 of 11

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AROESTE MAYO | ALBERTO | ██ | P | ██ | 01/16/2016 00:00 | DL | 345 | O | | Name No Name N | APIS | ON BOARD | | | MEX | ATL |
| AROESTE MAYO | ALBERTO | ██ | C | ██ | 12/19/2015 19:02 | DL | 538 | I | A171 | ███ | APIS | ON BOARD | | | ATL | CUN |
| AROESTE MAYO | ALBERTO | ██ | P | ██ | 12/19/2015 00:00 | DL | 936 | I | | Name No Name N | APIS | NOT ON BOARD | | | TPA | CUN |
| AROESTE MAYO | ALBERTO | ██ | P | ██ | 09/18/2015 00:00 | Y4 | 957 | O | | Name No Name N | APIS | ON BOARD | | | MEX | SAN |
| AROESTE MAYO | ALBERTO | ██ | P | ██ | 09/06/2015 18:14 | Y4 | 956 | I | A251 | ███ | APIS | ON BOARD | | | SAN | MEX |
| AROESTE | ALBERTO | ██ | | ██ | 07/18/2015 16:47 | | | I | L254 | ███ | PEDESTRIAN | | | | | |
| AROESTE | ALBERTO | ██ | | ██ | 05/29/2015 05:14 | | | I | L255 | ███ | VEHICLE | | | | | |
| AROESTEMAYO | ALBERTO | ██ | P | ██ | 05/02/2015 00:00 | AM | 437 | O | | Name No Name N | APIS | ON BOARD | | | MEX | MCO |
| AROESTEMAYO | ALBERTO | ██ | P | ██ | 04/15/2015 17:05 | AM | 436 | I | A185 | ███ | APIS | ON BOARD | | | MCO | MEX |
| AROESTE MAYO | ALBERTO | ██ | P | ██ | 02/05/2015 00:00 | UA | 431 | O | | Name No Name N | APIS | NOT ON BOARD | | | MEX | IAH |
| AROESTEMAYO | ALBERTO | ██ | P | ██ | 02/04/2015 00:00 | US | 619 | O | | Name No Name N | APIS | ON BOARD | | | MEX | PHX |
| AROESTE MAYO | ALBERTO | ██ | P | ██ | 02/04/2015 00:00 | UA | 6494 | O | | | APIS | NOT ON BOARD | | | MEX | IAH |
| AROESTE MAYO | ALBERTO | ██ | P | ██ | 02/04/2015 00:00 | UA | 821 | O | | Name No Name N | APIS | NOT ON BOARD | | | MEX | SFO |
| AROESTE MAYO | ALBERTO | ██ | P | ██ | 01/30/2015 14:13 | UA | 6425 | I | A534 | ███ | APIS | ON BOARD | | | IAH | MEX |
| AROESTE MAYO | ALBERTO | ██ | P | ██ | 01/18/2015 00:00 | AM | 435 | O | | Name No Name N | APIS | ON BOARD | | | MEX | MCO |
| AROESTE MAYO | ALBERTO | ██ | C | ██ | 12/15/2014 16:14 | AM | 436 | I | A185 | ███ | APIS | ON BOARD | | | MCO | MEX |
| AROESTE MAYO | ALBERTO | ██ | P | ██ | 09/21/2014 00:00 | Y4 | 957 | O | | Name No Name N | APIS | ON BOARD | | | MEX | SAN |
| AROESTE MAYO | ALBERTO | ██ | A | ██ | 09/07/2014 17:36 | Y4 | 956 | I | A251 | ███ | APIS | ON BOARD | | | SAN | MEX |
| AROESTE MAYO | ALBERTO | ██ | P | ██ | 06/30/2014 00:00 | UA | 274 | O | | Name No Name N | APIS | ON BOARD | | | MEX | LAX |
| AROESTE MAYO | ALBERTO | ██ | P | ██ | 06/19/2014 14:44 | UA | 293 | I | A278 | ███ | APIS | ON BOARD | | | LAX | MEX |
| AROESTE MAYO | ALBERTO | ██ | P | ██ | 05/05/2014 00:00 | Y4 | 957 | O | | Name No Name N | APIS | NOT ON BOARD | | | MEX | SAN |
| AROESTE MAYO | ALBERTO | ██ | P | ██ | 04/20/2014 17:48 | Y4 | 956 | I | A251 | ███ | APIS | ON BOARD | | | SAN | MEX |

For Official Use Only / Law Enforcement Sensitive

**EXHIBIT 5**

USA00858



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/17/2023 12:57 EST                    Generated By: ▬▬▬▬                    Page 4 of 11

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AROESTEMAYO | ALBERTO | | P | | 01/18/2014 00:00 | AM | 437 | O | | Name No Name N | APIS | ON BOARD | | | MEX | MCO |
| AROESTE MAYO | ALBERTO | | A | | 12/13/2013 13:26 | AM | 434 | I | A185 | | APIS | ON BOARD | | | MCO | MEX |
| AROESTE MAYO | ALBERTO | | P | | 06/30/2013 00:00 | Y4 | 957 | O | | Name No Name N | APIS | ON BOARD | | | MEX | SAN |
| AROESTE MAYO | ALBERTO | | P | | 06/13/2013 11:53 | US | 172 | I | A263 | | APIS | ON BOARD | | | PHX | MEX |
| AROESTE MAYO | ALBERTO | | A | | 03/06/2013 00:00 | AS | 254 | O | | Name No Name N | APIS | ON BOARD | | | MEX | LAX |
| AROESTE MAYO | ALBERTO | | A | | 02/27/2013 22:33 | AS | 245 | I | A278 | | APIS | ON BOARD | | | LAX | MEX |
| AROESTE MAYO | ALBERTO | | P | | 01/14/2013 00:00 | AM | 437 | O | | Name No Name N | APIS | ON BOARD | | | MEX | MCO |
| AROESTE | ALBERTO | | P | 8 | 12/13/2012 16:13 | AM | 436 | I | A185 | | APIS | ON BOARD | | | MCO | MEX |
| AROESTE MAYO | ALBERTO | | P | | 07/23/2012 00:00 | DL | 513 | O | | Name No Name N | APIS | ON BOARD | | | MEX | SLC |
| AROESTE MAYO | ALBERTO | | PN | | 07/21/2012 00:00 | VES | 9192351 | I | AV06 | Name No Name N | CRUISE SHIP | PASSENGER | | | 3001 | AV14 |
| AROESTE MAYO | ALBERTO | | PN | | 07/19/2012 00:00 | VES | 9192351 | O | | Name No Name N | CRUISE SHIP | PASSENGER | | | 7930 | AV68 |
| AROESTE MAYO | ALBERTO | | PN | | 07/17/2012 00:00 | VES | 9192351 | T | | Name No Name N | CRUISE SHIP | PASSENGER | | | 7777 | 7777 |
| AROESTE MAYO | ALBERTO | | PN | | 07/16/2012 00:00 | VES | 9192351 | T | | Name No Name N | CRUISE SHIP | PASSENGER | | | 7777 | 7777 |
| AROESTE MAYO | ALBERTO | | A | | 07/12/2012 20:58 | DL | 514 | I | A336 | | APIS | ON BOARD | | | SLC | MEX |
| AROESTE MAYO | ALBERTO | | P | 8 | 06/05/2012 12:46 | Y4 | 956 | I | A251 | | APIS | ON BOARD | | | SAN | MEX |
| AROESTE MAYO | ALBERTO | | P | | 01/10/2012 00:00 | AM | 437 | O | | Name No Name N | APIS | ON BOARD | | | MEX | MCO |
| AROESTE MAYO | ALBERTO | | P | | 12/13/2011 16:10 | AM | 436 | I | A185 | | APIS | ON BOARD | | | MCO | MEX |
| AROESTE MAYO | ALBERTO | | P | | 08/30/2011 00:00 | Y4 | 957 | O | | Name No Name N | APIS | ON BOARD | | | MEX | SAN |
| AROESTE MAYO | ALBERTO | | P | | 07/28/2011 12:45 | Y4 | 956 | I | A251 | | APIS | ON BOARD | | | SAN | MEX |
| AROESTE MAYO | ALBERTO | | P | | 05/05/2011 00:00 | AA | 481 | O | | Name No Name N | APIS | ON BOARD | | | MEX | DFW |
| AROESTE MAYO | ALBERTO | | C | | 04/14/2011 06:56 | AA | 2173 | I | A794 | | APIS | ON BOARD | | | MIA | YYZ |
| AROESTE MAYO | ALBERTO | | P | | 04/07/2011 13:04 | AA | 2126 | I | A524 | | APIS | ON BOARD | | INS | MIA | MEX |

**For Official Use Only / Law Enforcement Sensitive**

**EXHIBIT 5**

USA00859



## U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

01/17/2023 12:57 EST                    Generated By: ▮▮▮▮▮▮                    Page 5 of 11

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AROESTE MAYO | ALBERTO | ▮ | P | | 04/07/2011 00:00 | AA | 1562 | O | | Name No Name N | APIS | | | | YYZ | MIA |
| AROESTE MAYO | ALBERTO | ▮ | P | ▮ | 01/11/2011 00:00 | AA | 2179 | O | | Name No Name N | APIS | ON BOARD | | | MEX | MIA |
| AROESTE MAYO | ALBERTO | ▮ | P | ▮ | 12/15/2010 16:58 | AA | 1110 | I | A557 | ▮ | APIS | ON BOARD | | | DFW | MEX |
| AROESTE MAYO | ALBERTO | ▮ | P | | 08/10/2010 00:00 | AA | 2115 | O | | Name No Name N | APIS | ON BOARD | | | MEX | MIA |
| AROESTE MAYO | ALBERTO | ▮ | A | | 08/05/2010 15:55 | AA | 2198 | I | A524 | ▮ | APIS | ON BOARD | | | MIA | MEX |
| AROESTE | ALBERTO | ▮ | C | | 07/20/2010 00:00 | AM | 643 | O | | Name No Name N | APIS | | | | MEX | LAX |
| AROESTE MAYO | ALBERTO | ▮ | C | | 07/20/2010 00:00 | AM | 643 | O | | Name No Name N | APIS | ON BOARD | | | MEX | LAX |
| AROESTE | ALBERTO | ▮ | C | | 07/02/2010 15:11 | AM | 19 | I | A272 | ▮ | APIS | ON BOARD | | INS | LAX | MEX |
| AROESTE MAYO | ALBERTO | ▮ | P | | 04/20/2010 00:00 | AA | 2199 | O | | | APIS | NOT ON BOARD | | | MEX | MIA |
| AROESTE MAYO | ALBERTO | ▮ | P | | 04/19/2010 00:00 | AA | 2115 | O | | Name No Name N | APIS | ON BOARD | | | MEX | MIA |
| AROESTE MAYO | ALBERTO | ▮ | P | | 03/22/2010 10:50 | AA | 2114 | I | A524 | ▮ | APIS | ON BOARD | | | MIA | MEX |
| AROESTE MAYO | ALBERTO | ▮ | P | | 01/25/2010 00:00 | Y4 | 917 | O | | Name No Name N | APIS | ON BOARD | | | TLC | LAX |
| AROESTE MAYO | ALBERTO | ▮ | C | | 01/22/2010 17:03 | Y4 | 910 | I | A272 | ▮ | APIS | ON BOARD | | | LAX | TLC |
| AROESTE MAYO | ALBERTO | ▮ | P | | 01/08/2010 00:00 | AM | 489 | O | | Name No Name N | APIS | ON BOARD | | | SJD | SAN |
| AROESTE | ALBERTO | ▮ | A1 | | 01/02/2010 00:00 | VES | 9195195 | I | AV11 | Name No Name N | CRUISE SHIP | PASSENGER | | | 2501 | 8133 |
| AROESTE | ALBERTO | ▮ | A1 | | 12/21/2009 00:00 | VES | 9195195 | O | | Name No Name N | CRUISE SHIP | PASSENGER | | | 8133 | AV64 |
| AROESTE MAYO | ALBERTO | ▮ | P | | 12/20/2009 01:01 | AM | 488 | I | A251 | ▮ | APIS | ON BOARD | | | SAN | SJD |
| AROESTE | ALBERTO | ▮ | A | | 10/31/2009 00:00 | AM | 435 | O | | Name No Name N | APIS | | | | MEX | MCO |
| AROESTE MAYO | ALBERTO | ▮ | A | | 10/31/2009 00:00 | AM | 435 | O | | Name No Name N | APIS | ON BOARD | | | MEX | MCO |
| AROESTE | ALBERTO | ▮ | C | | 10/18/2009 16:21 | AM | 436 | I | A182 | ▮ | APIS | ON BOARD | | | MCO | MEX |
| AROESTE | ALBERTO | ▮ | C | | 09/04/2009 00:00 | AM | 489 | O | | Name No Name N | APIS | ON BOARD | | | SJD | SAN |
| AROESTE MAYO | ALBERTO | ▮ | P | | 08/04/2009 23:39 | AM | 488 | I | A251 | ▮ | APIS | PASSENGER | | | SAN | SJD |

USA00860

**EXHIBIT 5**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/17/2023 12:57 EST  Generated By: ▮▮▮  Page 6 of 11

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AROESTE MAYO | ALBERTO | ▮ | P | ▮ | 07/06/2009 15:28 | DL | 109 | I | A171 | ▮ | APIS | IN TRANSIT | | | ATL | MAD |
| AROESTE MAYO | ALBERTO | | P | | 07/06/2009 00:00 | DL | 367 | O | | Name No Name N | APIS | | | | MEX | ATL |
| AROESTE MAYO | ALBERTO | | A | | 06/01/2009 12:05 | DL | 364 | I | A171 | ▮ | APIS | IN TRANSIT | | | ATL | MEX |
| AROESTE MAYO | ALBERTO | | P | | 06/01/2009 00:00 | DL | 114 | O | | Name No Name N | APIS | | | | BCN | ATL |
| AROESTE MAYO | ALBERTO | | C | | 03/26/2009 15:53 | AM | 19 | I | A271 | ▮ | APIS | PASSENGER | | | LAX | MEX |
| AROESTE MAYO | ALBERTO | | C | | 01/18/2009 00:00 | AM | 437 | O | | Name No Name N | APIS | PASSENGER | | | MEX | MCO |
| AROESTE MAYO | ALBERTO | | P | | 12/23/2008 16:03 | AM | 436 | I | A182 | ▮ | APIS | PASSENGER | | | MCO | MEX |
| AROESTE MAYO | ALBERTO | | P | | 05/12/2008 00:00 | AA | 481 | O | | Name No Name N | APIS | PASSENGER | | | MEX | DFW |
| AROESTE MAYO | ALBERTO | | P | | 04/27/2008 17:39 | AA | 1110 | I | A557 | ▮ | APIS | PASSENGER | | | DFW | MEX |
| AROESTE MAYO | ALBERTO | | A | | 03/21/2008 00:00 | AM | 489 | O | | Name No Name N | APIS | PASSENGER | | | SJD | SAN |
| AROESTE | ALBERTO | | P | | 03/06/2008 15:32 | AM | 19 | I | A271 | ▮ | APIS | PASSENGER | | | LAX | MEX |
| AROESTE | ALBERTO | | A | | 01/12/2008 00:00 | DL | 341 | O | | Name No Name N | APIS | PASSENGER | | | MEX | MCO |
| AROESTE | ALBERTO | | P | | 12/23/2007 12:09 | DL | 340 | I | A182 | ▮ | APIS | PASSENGER | | | MCO | MEX |
| AROESTE | ALBERTO | | A | | 08/24/2007 00:00 | DL | 341 | O | | Name No Name N | APIS | PASSENGER | | | MEX | MCO |
| AROESTE | ALBERTO | | P | | 07/25/2007 18:40 | DL | 254 | I | A171 | ▮ | APIS | PASSENGER | | | ATL | MEX |
| AROESTE MAYO | ALBERTO | | A | | 07/09/2007 00:00 | AM | 489 | O | | Name No Name N | APIS | PASSENGER | | | SJD | SAN |
| AROESTE | ALBERTO | | A | | 06/15/2007 22:58 | AM | 488 | I | A251 | ▮ | APIS | PASSENGER | | | SAN | SJD |
| AROESTE MAYO | ALBERTO | | P | | 01/09/2007 00:00 | AA | 2115 | O | | Name No Name N | APIS | PASSENGER | | | MEX | MIA |
| AROESTE MAYO | ALBERTO | | P | | 12/13/2006 15:09 | AA | 2198 | I | A520 | ▮ | APIS | PASSENGER | | | MIA | MEX |
| AROESTE | ALBERTO | | A | | 08/15/2006 00:00 | AA | 481 | O | | Name No Name N | APIS | PASSENGER | | | MEX | DFW |
| AROESTE | ALBERTO | | P | | 07/13/2006 13:52 | AA | 2272 | I | A557 | ▮ | APIS | PASSENGER | | | DFW | MEX |
| AROESTE | ALBERTO | | A | | 05/18/2006 00:00 | AM | 491 | O | | Name No Name N | APIS | PASSENGER | | | MEX | SAN |

For Official Use Only / Law Enforcement Sensitive

**EXHIBIT 5**

USA00861




**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/17/2023 12:57 EST                    Generated By:                              Page 7 of 11

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AROESTE | ALBERTO | | A | | 05/10/2006 14:16 | TN | 22 | F | A273 | | APIS | | | | CDG | PPT |
| AROESTEMAYO | ALBERTO | | P | | 04/29/2006 00:00 | TN | 21 | O | | Name No Name N | APIS | PASSENGER | | | PPT | LAX |
| AROESTE | ALBERTO | | P | | 04/28/2006 22:53 | AM | 488 | I | A251 | | APIS | | | | SAN | SJD |
| AROESTE | ALBERTO | | C | | 04/17/2006 00:00 | AM | 437 | O | | Name No Name N | APIS | PASSENGER | | | MEX | MCO |
| AROESTE MAYO | ALBERTO | | P | | 04/17/2006 00:00 | AM | 437 | O | | Name No Name N | APIS | PASSENGER | | | MEX | MCO |
| AROESTE | ALBERTO | | P | | 03/19/2006 16:14 | AM | 436 | I | A182 | | APIS | | | | MCO | MEX |
| AROESTE MAYO | ALBERTO | | P | | 03/16/2006 00:00 | AM | 491 | O | | Name No Name N | APIS | PASSENGER | | | MEX | SAN |
| AROESTE | ALBERTO | | P | | 03/13/2006 19:42 | AM | 462 | I | A251 | | APIS | | | | SAN | PVR |
| AROESTE MAYO | ALBERTO | | P | | 01/05/2006 00:00 | LA | 622 | I | AB5W | Name No Name N | APIS | | | | MEX | SCL |
| AROESTE | ALBERTO | | P | | 11/20/2005 00:00 | AM | 491 | O | | Name No Name N | APIS | PASSENGER | | | MEX | SAN |
| AROESTE | ALBERTO | | P | | 11/16/2005 22:47 | AM | 488 | I | A251 | | APIS | PASSENGER | | | SAN | MEX |
| AROESTE MAYO | ALBERTO | | P | | 08/14/2005 00:00 | AM | 437 | O | | Name No Name N | APIS | | | | MEX | MCO |
| AROESTE | ALBERTO | | P | | 07/04/2005 16:12 | AM | 436 | F | A182 | | APIS | PASSENGER | | | MCO | MEX |
| AROESTE | ALBERTO | | P | | 05/01/2005 00:00 | AM | 647 | O | | Name No Name N | APIS | PASSENGER | | | MID | LAX |
| AROESTE | ALBERTO | | A | | 04/15/2005 14:48 | AM | 646 | I | A271 | | APIS | PASSENGER | | | LAX | MID |
| AROESTE MAYO | ALBERTO | | P | | 01/09/2005 00:00 | AM | 437 | O | | Name No Name N | APIS | | | | MEX | MCO |
| AROESTE MAYO | ALBERTO | | P | | 12/23/2004 00:00 | VES | ZUIDER | I | 5101 | Name No Name N | CRUISE SHIP | | | | 5203 | 8888 |
| AROESTE MAYO | ALBERTO | | P | | 12/22/2004 00:00 | VES | ZUIDER | I | 5101 | Name No Name N | CRUISE SHIP | | | | 5202 | 8888 |
| AROESTE | ALBERTO | | P | | 12/13/2004 17:00 | AM | 434 | I | A182 | | APIS | | | | MCO | MEX |
| AROESTE | ALBERTO | | P | | 09/12/2004 00:00 | AM | 485 | O | | Name No Name N | APIS | | | | MEX | SAN |
| AROESTE | ALBERTO | | P | | 08/31/2004 22:48 | AM | 488 | I | A251 | | APIS | | | | SAN | MEX |
| AROESTE MAYO | ALBERTO | | P | | 08/15/2004 00:00 | CO | 1524 | O | | Name No Name N | APIS | | | | MEX | IAH |

USA00862

**For Official Use Only / Law Enforcement Sensitive**

**EXHIBIT 5**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/17/2023 12:57 EST                    Generated By: ▮▮▮▮▮▮▮▮                    Page 8 of 11

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AROESTE MAYO | ALBERTO | | P | | 07/17/2004 16:01 | CO | 1725 | I | A534 | ▮▮▮ | APIS | | | | IAH | MEX |
| AROESTE | ALBERTO | | P | | 06/23/2004 16:47 | AA | 63 | I | A524 | ▮▮▮ | APIS | | | | MIA | CDG |
| AROESTE | ALBERTO | | A | | 06/23/2004 00:00 | AA | 2115 | O | | Name No Name N | APIS | | | | MEX | MIA |
| AROESTE | ALBERTO | | A | | 06/03/2004 00:00 | AA | 78 | O | | Name No Name N | APIS | | | | LGW | DFW |
| AROESTE | ALBERTO | | P | | 06/02/2004 17:10 | AA | 1110 | I | A552 | ▮▮▮ | APIS | | | | DFW | MEX |
| AROESTE MAYO | ALBERTO | | P | | 04/24/2004 00:00 | AM | 637 | O | | Name No Name N | APIS | | | | MEX | ATL |
| AROESTE | ALBERTO | | P | | 03/31/2004 16:46 | AM | 600 | I | A171 | ▮▮▮ | APIS | | | | ATL | MEX |
| AROESTE | ALBERTO | | P | | 01/12/2004 00:00 | AM | 495 | T | AB5W | Name No Name N | APIS | | | | MID | LAX |
| AROESTE | ALBERTO | | A | | 12/17/2003 15:33 | AM | 494 | I | A271 | ▮▮▮ | APIS | | | | LAX | MID |
| AROESTE | ALBERTO | | P | | 08/13/2003 00:00 | CO | 1524 | O | | Name No Name N | APIS | | | | MEX | LAS |
| AROESTE | ALBERTO | | A | | 07/13/2003 16:50 | CO | 1725 | I | A534 | | APIS | | | | ATL | MEX |
| AROESTE | ALBERTO | | C | | 05/01/2003 00:00 | AM | 437 | O | | Name No Name N | APIS | | | | MEX | MCO |
| AROESTE | ALBERTO | | P | | 04/10/2003 15:38 | AM | 436 | F | A182 | | APIS | | | | MCO | MEX |
| AROESTE | ALBERTO | | P | | 12/24/2002 00:00 | AM | 488 | I | A251 | Name No Name N | APIS | | | | SAN | SJD |
| AROESTE MAYO | ALBERTO | | P | | 12/04/2002 00:00 | CO | 1824 | O | | Name No Name N | APIS | | | | MEX | IAH |
| AROESTE MAYO | ALBERTO | | P | | 11/14/2002 17:42 | CO | 725 | I | 5309 | ▮▮▮ | APIS | | | | IAH | MEX |
| AROESTE MAYO | ALBERTO | | P | | 09/17/2002 12:36 | AA | 304 | I | 5501 | ▮▮▮ | APIS | | | | DFW | MEX |
| AROESTE | ALBERTO | | P | | 07/19/2002 00:00 | DL | 7931 | O | | Name No Name N | APIS | | | | MEX | DFW |
| AROESTE | ALBERTO | | P | | 07/03/2002 22:12 | DL | 232 | I | 1704 | ▮▮▮ | APIS | | | | ATL | MEX |
| AROESTE | ALBERTO | | | | 05/17/2002 23:02 | | | I | A251 | ▮▮▮ | AIRLINE (NOT API) | | | | | |
| AROESTE | ALBERTO | | P | | 05/17/2002 00:00 | AM | 488 | I | | Name No Name N | APIS | | | | SAN | SJD |
| AROESTE | ALBERTO | | P | | 04/20/2002 12:54 | AM | 472 | I | 5309 | ▮▮▮ | APIS | | | | IAH | MEX |

**For Official Use Only / Law Enforcement Sensitive**

**EXHIBIT 5**

USA00863



## U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

01/17/2023 12:57 EST                    Generated By: [redacted]                    Page 9 of 11

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Total Number of Records: 168

| Legend |
|---|
| Loc |

USA00864

**EXHIBIT 5**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/17/2023 12:57 EST                          Generated By: ▮▮▮▮▮▮▮

| Codes | Value |
|-------|-------|
| MEX | MEXICO CITY, JUAREZ INTERNATIONAL |
| SAN | LINDBERG FLD S.DIEGO |
| LAX | LOS ANGELES, CA INTL |
| 8133 | MEXICO |
| TPA | TAMPA |
| AV14 | UNKNOWN |
| CDG | PARIS, CH. DE GAULLE |
| 5202 | KEY WEST |
| 3001 | SEATTLE |
| TLC | TOLUCA,#ARPT,MEXICO |
| SLC | SALT LAKE CITY |
| SJD | LOS CABOS |
| PVR | ORDAZ |
| 2501 | SAN DIEGO |
| DFW | DALLAS/FT WORTH INTL |
| PPT | PAPEETE, FAAA |
| 7777 | US COASTWISE MVMT |
| 8888 | FOREIGN PORT FOR VESSELS |
| SFO | SAN FRANCISCO INTL AIRPORT |
| CUN | CANCUN |
| PHX | SKY HARBOR INTL, PHOENIX |
| MIA | MIAMI INTL, FL |
| 7930 | VICTORIA |
| AV68 | UNKNOWN |
| MID | REJON |
| BCN | BARCELONA |
| AV64 | UNKNOWN |
| IAH | HOUSTON INTERCONTINENTAL |
| MAD | MADRID, BARAJAS |
| MCO | ORLANDO |
| 5203 | PORT EVERGLADES - FORT LAUDERDALE |
| ATL | WILLIAM B HARTSFIELD |
| YYZ | TORONTO, PEARSON INTERNATIONAL |
| SCL | SANTIAGO, CHILE - ARTURO MERINO BENITEZ |
| LGW | LONDON / GATWICK INTL |
| LAS | LAS VEGAS, MCCARRAN INTL |

Doc Type

**For Official Use Only / Law Enforcement Sensitive**

**EXHIBIT 5**

USA00865



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

| Codes | Value |
|---|---|
| P | P - PASSPORT |
| A1 | A1 - U.S. ALIEN REGISTRATION CARD |
| A | A - U.S. ALIEN REGISTRATION CARD |
| C | C - PERMANENT RESIDENT CARD |
| C1 | C1 - PERMANENT RESIDENT CARD (1998 - 2003) |
| PN | PN - PASSPORT |

| Site Code | |
|---|---|
| Codes | Value |
| 5101 | 5101 - 5101 |
| A524 | A524 - CBP-MIAMI, AIRPORT CNTRL TERML |
| AV11 | AV11 - CBP-SAN PEDRO, CRSE TRM SEAPRT |
| A520 | A520 - CBP-MIAMI, AIRPORT N TERMINAL |
| A263 | A263 - CBP-PHOENIX, SKY HARBOR INTL |
| A286 | A286 - CBP-SAN FRANCISCO, IAP TERM A |
| A185 | A185 - CBP-ORLANDO, INTL AP AIRSIDE 1 |
| A182 | A182 - CBP-ORLANDO, INTL AP AIRSIDE 4 |
| L255 | L255 - CBP-SAN YSIDRO, LAND BORDER |
| AV06 | AV06 - SAN JUAN, PAN-AMERICAN DOCK |
| L254 | L254 - CBP-OTAY MESA, PORT OF ENTRY |
| A557 | A557 - DALLAS, FT WORTH AP, NEW FIS |
| A534 | A534 - CBP-HOUSTON, BUSH INTL AIRPORT |
| A336 | A336 - CBP-SALT LAKE CITY, GAF |
| A278 | A278 - CBP-LOS ANGELES, LAX TERM 7 |
| A794 | A794 - TORONTO CD, PEARSON, TERM 3 |
| A552 | A552 - CBP-DALLAS, FT WORTH, AA |
| A272 | A272 - CBP-LOS ANGELES, LAX TERM 2 |
| A273 | A273 - LOS ANGELES, BRADLEY AP LAX |
| A251 | A251 - CBP-SAN DIEGO, INTL AIRPORT |
| A171 | A171 - CBP-ATLANTA, HARTSFIELD INTLAP |
| A271 | A271 - CBP-LOS ANGELES, LAX TERM 5 |
| L25D | L25D - CBP-OTAY, CROSS BORDER EXPRESS |
| 5501 | 5501 - 5501 |
| AB5W | AB5W - INS-MEXICO, AMER EMB *HISTORY* |
| 1704 | 1704 - 1704 |
| 5309 | 5309 - 5309 |

USA00866

**For Official Use Only / Law Enforcement Sensitive**

**EXHIBIT 5**