IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO AROESTE,<br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br>　　Counterclaim Plaintiff,<br><br>v.<br><br>ALBERTO AROESTE,<br>　　Counterclaim Defendant. | Case No. 22-cv-682-AJB-KSC<br><br>**DECLARATION OF REVENUE AGENT ELIZABETH C. KNIGHT** |

## DECLARATION

I, Elizabeth C. Knight, declare as follows:

1. I am an Internal Revenue Agent Reviewer/Tax Analyst with the Whistleblower Office of the Internal Revenue Service, 601 E. Naylor Mill Rd., Ste. C, Salisbury, MD 21804. Prior to my current role, I was a Revenue Agent in the Small Business/Self-Employed (SB/SE) Division.

2. As part of this previous role, I was assigned to the FBAR examination of Alberto Aroeste.

3. Alberto Aroeste did not file FBARs for 2012 or 2013.

4. The FBAR examination concluded with the assertion of FBAR penalties against Alberto Aroeste for 2012 and 2013 due to his failure to comply with the FBAR reporting requirements.

1 | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
2 | is true and accurate. Executed in Salisbury, Maryland.

5 | Dated:        August 11, 2023

*Digitally signed by Elizabeth C. Knight*
*Date: 2023.08.11 07:48:42 -04'00'*

Elizabeth C. Knight
Internal Revenue Agent Reviewer/Tax Analyst