DAVID A. HUBBERT
Deputy Assistant Attorney General

CHRISTINA T. LANIER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-765-4908 (v)
202-514-4963 (f)
Christina.T.Lanier@usdoj.gov

ANDREW R. HADEN
Acting United States Attorney
Southern District of California
*Counsel for the United States of America*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO AROESTE,<br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br>　　Counterclaim Plaintiff,<br><br>v.<br><br>ALBERTO AROESTE,<br>　　Counterclaim Defendant.<br>_____ | Case No. 22-cv-682-AJB-KSC<br><br>**UNITED STATES' RESPONSE IN OPPOSITION TO ALBERTO AROESTE'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing Date: November 13, 2023** |

## **RESPONSE IN OPPOSITION**

Defendant and Counterclaim Plaintiff, the United States of America, responds in opposition to Alberto Aroeste's Motion for Summary Judgment. The grounds for this opposition are set forth in the attached Memorandum of Points and Authorities.

Dated: September 5, 2023.                Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Christina T. Lanier*
CHRISTINA T. LANIER
Trial Attorney, Tax Division
U.S. Department of Justice

ANDREW R. HADEN
Acting United States Attorney
Southern District of California

*Counsel for United States of America*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing has been served to counsel for Alberto Aroeste via CM/ECF, which will notify the following:

| | |
|---|---|
| Jaime Vasquez | jaime.vasquez@chamberlainlaw.com |
| Patrick W. Martin | patrick.martin@chamberlainlaw.com |
| Jose Anuar Estefan Davila | anuar.estefan@chamberlainlaw.com |
| Austen Leonides Unzeitig | leo.unzeitig@chamberlainlaw.com |

/s/ *Christina T. Lanier*
CHRISTINA T. LANIER
Trial Attorney, Tax Division
U.S. Department of Justice