Patrick W. Martin (Texas Bar No. 24086371)
Email: patrick.martin@chamberlainlaw.com
Jose Anuar Estefan Davila (Bar No. 330350)
Email: anuar.estefan@chamberlainlaw.com
Jaime Vasquez (Texas Bar No. 24066235)
Email: jaime.vasquez@chamberlainlaw.com
Leo Unzeitig (Texas Bar No. 24098534)
Email: leo.unzeitig@chamberlainlaw.com
CHAMBERLAIN, HRDLICKA, WHITE,
  WILLIAMS & AUGHTRY, P.C.
112 E Pecan St., Suite 1450
San Antonio, Texas 78204
Telephone:  (210) 253-8383
Facsimile:  (210) 253-8384

Attorneys for Plaintiffs Alberto and
  Estela Aroeste s

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO AROESTE, ESTELA AROESTE, §§§§§§§§§§§§§§§§§§§§ Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. ─────────────────────────── UNITED STATES OF AMERCA, Counterclaim Plaintiff, v. ALBERTO AROESTE, ESTELA AROESTE, Counterclaim Defendants. ─────────────────────────── | CASE NO. 22-CV-682-AJB-KSC **ALBERTO AROESTE'S OPPOSITION TO THE GOVERNMENT'S EX PARTE MOTION FOR LEAVE TO FILE SUR-REPLY** |

1        For *years* Alberto has been telling the IRS that the agency's $3 million in various
2   penalty assessments are invalid.  Alberto's home, friends, family, social connections, bank
3   accounts, doctors, dentist, optometrist, et cetera, are in Mexico, and thus the U.S.-Mexico
4   treaty assigns his residency to Mexico and he is therefore not a United States person subject
5   to Title 26 and Title 31 requirements.  Alberto filed a motion for summary judgment
6   consistent therewith.

7        The IRS doesn't care about any of that.  The agency's position is that the treaty law
8   should be ignored and that Alberto's old and invalid green card makes him a United States
9   person who was required to file FBARs and that he failed to do so.  The IRS filed its own
10  motion for summary judgment along those lines focusing on its procedural rules.

11       The critical point here is that the IRS bears the burden on its motion.

12       To meet that burden, the IRS offers the Court a declaration signed under penalties of
13  perjury that includes copies of records purporting to reflect timely assessments for "failure
14  to file" penalties.  Alberto highlighted that the IRS' proof was insufficient to show valid
15  assessments as he was not a United States person and because there were a myriad of
16  abuses and technical issues in the way the IRS conducted its drawn-out years long
17  examination of Alberto.  We further raised the issue that the assessment evidence did not
18  support the government's assessments for failures to file, but rather completely different
19  Title 31 reporting and record-keeping requirements.

20       On reply the IRS made **no** mention of the issue when it had the opportunity.  It's too
21  late to do so now.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

By: /s/ *Patrick W. Martin*
    Patrick W. Martin
    State Bar No. TX24086371
    patrick.martin@chamberlainlaw.com

    Jaime Vasquez
    State Bar No. TX24066235
    jaime.vasquez@chamberlainlaw.com

    Jose Anuar Estefan Davila
    State Bar No. 330350
    Anuar.estefan@chamberlainlaw.com

    Leo Unzeitig
    State Bar No. TX24098534
    leo.unzeitig@chamberlainlaw.com

112 East Pecan St., Suite 1450
San Antonio, Texas 78205
Telephone: (210) 507-6508
Facsimile: (210) 253-8384

**ATTORNEYS FOR PLAINTIFFS ALBERTO AND ESTELA AROESTE**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded to the following counsel of record by electronic service as indicated below.

Christina T. Lanier
Attorney, Tax Division
Department of Justice
P.O. Box 14198
Washington D.C. 20044
Christina.T.Lanier@usdoj.gov

Randy S. Grossman
United States Attorney
Southern District of California

*Attorneys for United States of America*

By:   */s/ Patrick Martin*
　　　Patrick W. Martin

31104701.v1