Patrick W. Martin (Texas Bar No. 24086371)
Email: patrick.martin@chamberlainlaw.com
Jose Anuar Estefan Davila (Bar No. 330350)
Email: anuar.estefan@chamberlainlaw.com
Jaime Vasquez (Texas Bar No. 24066235)
Email: jaime.vasquez@chamberlainlaw.com
Leo Unzeitig (Texas Bar No. 24098534)
Email: leo.unzeitig@chamberlainlaw.com
CHAMBERLAIN, HRDLICKA, WHITE,
  WILLIAMS & AUGHTRY, P.C.
112 E Pecan St., Suite 1450
San Antonio, Texas 78204
Telephone:  (210) 253-8383
Facsimile:  (210) 253-8384

Attorneys for Plaintiffs Alberto and
  Estela Aroeste

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERTO AROESTE, ESTELA AROESTE, <br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>     Defendant. <br> _____ <br> UNITED STATES OF AMERCA, <br>     Counterclaim Plaintiff, <br><br> v. <br><br> ALBERTO AROESTE, ESTELA AROESTE, <br>     Counterclaim Defendants. <br> _____ | CASE NO. 22-CV-682-AJB-KSC <br><br> **TABLE OF CONTENTS TO STIPULATION OF FACTS** |

Per the Court's request, the parties provide the following table of contents that relates to the stipulation of facts found at Doc. 69.

| \<td colspan=3\> **TABLE OF CONTENTS** | | |
|---|---|---|
| **Exhibit** | **Doc.** | **Description** |
| A | 69-1 | 2012 U.S. Income Tax Return |
| B | 69-2 | 2013 U.S. Income Tax Return |
| C | 69-3 | 2012 Purportedly Corrected U.S. Income Tax Return submitted on or about October 2, 2016 |
| D | 69-4 | 2012 Purportedly Corrected U.S. Income Tax Return submitted on or about October 12, 2016 |
| E | 69-5 | 2013 Purportedly Corrected U.S. Income Tax Return submitted on or about October 12, 2016 |
| F | 69-6 | Alberto Aroeste's Lawful Permanent Residency Card |
| G | 69-7 | Letter from Miramar Services |
| H | 69-8 | Continental Can Company Memorandum of Agreement |
| I | 69-9 | Alberto Aroeste's Mexican Voter Registration Card |
| J | 69-10 | Analysis of both Aroeste's Relative Presence in the U.S. and Mexico |
| K | 69-11 | Mexican Certification of Tax Residency for Alberto Aroeste |
| L | 69-12 | Alberto Aroeste's 2012 Mexican Income Tax Return |
| M | 69-13 | Alberto Aroeste's 2013 Mexican Income Tax Return |
| N | 69-14 | Alberto and Estela Aroeste's Application to Enter Into Offshore Voluntary Disclosure Program |
| O | 69-15 | Clearance Letter for Entry Into Offshore Voluntary Disclosure Program for Both Alberto and Estela Aroeste |
| P | 69-16 | Alberto and Estela Aroeste's Letter Opting Out of Offshore Voluntary Disclosure Program |

| | | | |
|---|---|---|---|
| Q | 69-17 | IRS Letter Confirming Opt-Out Procedures to Both Alberto and Estela Aroeste |
| R | 69-18 | Alberto and Estela Aroeste's Letter Confirming Intent to Opt-Out |
| S | 69-19 | IRS Letter Seeking Further Confirmation Regarding Opt-Out to Both Alberto and Estela Aroeste |
| T | 69-20 | Alberto and Estela Aroeste's Response Regarding Opt-Out |
| U | 69-21 | Alberto and Estela Aroeste's Letter Submitting Purportedly Corrected Tax Returns for 2008–2014 |
| V | 69-22 | IRS Letter Acknowledging Receipt of Returns to Estela Aroeste |

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

By: /s/ *Patrick W. Martin*
    Patrick W. Martin
    State Bar No.  TX24086371
    patrick.martin@chamberlainlaw.com

    Jaime Vasquez
    State Bar No. TX24066235
    jaime.vasquez@chamberlainlaw.com

    Jose Anuar Estefan Davila
    State Bar No. 330350
    Anuar.estefan@chamberlainlaw.com

    Leo Unzeitig
    State Bar No. TX24098534
    leo.unzeitig@chamberlainlaw.com

    112 East Pecan St., Suite 1450
    San Antonio, Texas 78205
    Telephone: (210) 253-8383
    Facsimile:  (210) 253-8384

**ATTORNEYS FOR PLAINTIFFS ALBERTO AND ESTELA AROESTE**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded to the following counsel of record by electronic service as indicated below.

Christina T. Lanier
Attorney, Tax Division
Department of Justice
P.O. Box 14198
Washington D.C. 20044
Christina.T.Lanier@usdoj.gov

Tara K. McGrath
United States Attorney
Southern District of California

*Attorneys for United States of America*

By:   */s/ Patrick Martin*
       Patrick W. Martin

31154521.v3