DAVID A. HUBBERT
Deputy Assistant Attorney General

CHRISTINA T. LANIER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-765-4908 (v)
202-514-4963 (f)
Christina.T.Lanier@usdoj.gov

TARA K. McGRATH
United States Attorney
Southern District of California
*Counsel for the United States of America*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO AROESTE,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br>    Counterclaim Plaintiff,<br><br>v.<br><br>ALBERTO AROESTE,<br>    Counterclaim Defendant.<br>_____ | Case No. 22-cv-682-AJB-KSC<br><br>**JOINT MOTION FOR ORAL ARGUMENT ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Hearing Date: November 13, 2023<br>   at **2:00pm** |

1

22-cv-682-AJB-KSC

## JOINT MOTION

Pursuant to Section II.B. of the Court's Civil Case Procedures, the parties have met and conferred concerning oral argument on the Motions for Summary Judgment (ECF Nos. 70 (Aroeste), 72 (United States). Hearings for both motions are currently scheduled for November 13, 2023, at 2:00 p.m. in Courtroom 4A. (ECF No. 71, at 1). Ms. Christina T. Lanier, an attorney with less than five years of admission to the bar, will argue the United States' position on these motions, and counsel for Aroeste also requests oral argument on these motions. Thus, the parties hereby submit this Joint Motion for Oral Argument on these cross-motions.

Dated: November 3, 2023.                    Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Christina T. Lanier*
CHRISTINA T. LANIER
Trial Attorney, Tax Division
U.S. Department of Justice

TARA K. McGRATH
United States Attorney
Southern District of California

*Counsel for United States of America*