

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alberto Aroeste; Estela Aroeste | Civil Action No.   22-cv-682-AJB-KSC |
| Plaintiff, | |
| V. | |
| The United States of America; Department of the Treasury; Internal Revenue Service; Internal Revenue Service | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court Denies the Government's motion for summary judgment and Grants in part and Denies in part Aroeste's motion for summary judgment. The case is hereby closed.

Date:     11/21/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Quinata

M. Quinata, Deputy